**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SCHREIBER, BRAD | § | Case No. 12-35151-JPC |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 04, 2012. The undersigned trustee was appointed on September 04, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      39,590.59

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 55.33 |
| Bank service fees | 1,357.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 38,177.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/20/2013 and the deadline for filing governmental claims was 08/20/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,709.06.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,709.06, for a total compensation of $4,709.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.95, for total expenses of $24.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/24/2015            By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35151-JPC  **Trustee:** (330260) ALEX D. MOGLIA
**Case Name:** SCHREIBER, BRAD  **Filed (f) or Converted (c):** 09/04/12 (f)
 **§341(a) Meeting Date:** 10/30/12
**Period Ending:** 11/24/15  **Claims Bar Date:** 08/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | - VOID<br>Imported from Amended Doc#: 15 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 5215 Lauderdale D rive Elkhorn, WI 53121 | 684,000.00 | 0.00 | | 0.00 | FA |
| 6 | 5008-12 N . Lincoln Avenue Chicago, IL 60625 (va<br>Imported from Amended Doc#: 25 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2227 N . Magnolia Avenue Chicago, IL 60614<br>Imported from Amended Doc#: 25 | 700,000.00 | 114,290.00 | | 39,590.59 | FA |
| 8 | 2031 N . Damen Avenue Chicago, IL 60647 (commer<br>Imported from Amended Doc#: 25 | 150,000.00 | 0.00 | | 0.00 | FA |
| 9 | Personal checking account w/ Chase<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Basic household goods, furniture, consumer video<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11 | Books, DVDs, decor, family photos stamp, coin, r<br>Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 12 | Necessary wearing apparel<br>Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 13 | Interests in insurance policies. Name Term life<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Interest in 227 North Magnolia LLC<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Interest in 5008-5012 North Lincoln LLC<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | City View Real Estate Group Inc., EIN 36-4076524<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Chevrolet Avalance w/ 80k miles and accesso<br>Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 18 | 2006 SUPRA LAUNCH 22 SSV BOAT (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  
**Period Ending:** 11/24/15

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/04/12 (f)  
**§341(a) Meeting Date:** 10/30/12  
**Claims Bar Date:** 08/20/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 18 Assets Totals (Excluding unknown values) | $1,743,400.00 | $123,690.00 | | $39,590.59 | $0.00 |

RE PROP# 1 ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 2 ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 3 ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 4 ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.

**Major Activities Affecting Case Closing:**

FINAL FEE APPLICATIONS FROM PROFESSIONALS BEING PREPARED

FINAL REPORT PREPARATION

FINAL FEE APPLICATIONS FROM PROFESSIONALS BEING PREPARED

FINAL REPORT PREPARATION

**Initial Projected Date Of Final Report (TFR):** December 30, 2013  **Current Projected Date Of Final Report (TFR):** July 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  
**Taxpayer ID #:** **-***4445  
**Period Ending:** 11/24/15

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/01/13 | {7} | Gould & Ratner LLP | SALE OF TRUSTEE'S INTEREST VIA SETTLEMENT AGREEMENT | 1110-000 | 39,590.59 | | 39,590.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.04 | 39,535.55 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.07 | 39,482.48 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.46 | 39,420.02 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.59 | 39,361.43 |
| 02/28/14 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 31.52 | 39,329.91 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.83 | 39,277.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.61 | 39,222.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.18 | 39,162.29 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.32 | 39,105.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.37 | 39,051.60 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.79 | 38,989.81 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.20 | 38,935.61 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.73 | 38,875.88 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.78 | 38,818.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.24 | 38,767.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.19 | 38,704.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.67 | 38,649.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.88 | 38,597.12 |
| 03/30/15 | 102 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 16, 2016 | 2300-000 | | 23.81 | 38,573.31 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.21 | 38,514.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.42 | 38,458.68 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.47 | 38,405.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.92 | 38,346.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.99 | 38,289.30 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.23 | 38,236.07 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.66 | 38,177.41 |
| | | | **ACCOUNT TOTALS** | | **39,590.59** | **1,413.18** | **$38,177.41** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **39,590.59** | **1,413.18** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,590.59** | **$1,413.18** | |

{} Asset reference(s)

Printed: 11/24/2015 11:16 AM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-35151-JPC | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** SCHREIBER, BRAD | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4766 - Checking Account |
| **Taxpayer ID #:** **-***4445 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/24/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 39,590.59 | | | | |
| | | Net Estate : | $39,590.59 | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******4766** | | 39,590.59 | 1,413.18 | 38,177.41 |
| | | $39,590.59 | $1,413.18 | $38,177.41 |

{} Asset reference(s)

Printed: 11/24/2015 11:16 AM    V.13.25

# Claims Register

## Case: 12-35151-JPC  SCHREIBER, BRAD

Claims Bar Date: 08/20/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/04/12 |  | $4,709.06<br>$4,709.06 | $0.00 | $4,709.06 |
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>09/04/12 |  | $24.95<br>$24.95 | $0.00 | $24.95 |
|  | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>09/04/12 |  | $7,207.50<br>$7,207.50 | $0.00 | $7,207.50 |
|  | POPOWCER KATTEN, LTD<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>09/04/12 |  | $1,703.50<br>$1,703.50 | $0.00 | $1,703.50 |
| 1 -2 | Bridgeview Bank Group<br>c/o Adam B. Rome,Greiman, Rome &<br>Griesmeyer, LLC,200 W Madison St, Ste 75<br>Chicago, IL 60606<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/04/12 |  | $438,918.35<br>$438,918.35 | $0.00 | $438,918.35 |
| 2 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/11/12 |  | $895.29<br>$895.29 | $0.00 | $895.29 |
| 3 | Barbara J. Dutton<br>319 Adams<br>Glencoe, IL 60022<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/28/13 |  | $459,241.55<br>$459,241.55 | $0.00 | $459,241.55 |
| 4 | Universal Acceptance Corporation<br>PO Box 398104<br>Edina, MN 55439<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>02/12/13 | WITHDRAWN DE #73. | $8,426.02<br>$0.00 | $0.00 | $0.00 |

# Claims Register

### Case: 12-35151-JPC   SCHREIBER, BRAD

Claims Bar Date: 08/20/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/07/13 | | $567.73<br>$567.73 | $0.00 | $567.73 |
| 6 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/09/13 | | $2,884.51<br>$2,884.51 | $0.00 | $2,884.51 |
| 7 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/09/13 | | $5,416.68<br>$5,416.68 | $0.00 | $5,416.68 |
| 8 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/09/13 | | $8,067.14<br>$8,067.14 | $0.00 | $8,067.14 |
| 9 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>(HSBC BANK NEVADA, N.A),by PRA Receivabl<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/16/13 | | $630.55<br>$630.55 | $0.00 | $630.55 |
| 10 | BMO Harris Bank, N.A.<br>Colleen E. McManus Carlson Dash, LLC<br>-<br>216 S. Jefferson St., Suite 504<br>Chicago, IL 60661<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/16/13 | | $217,265.24<br>$217,265.24 | $0.00 | $217,265.24 |
| 11 | Anderson & Boback<br>115 S. LaSalle Street, Suite 2600<br>Chicago, IL 60603<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/29/13 | | $4,650.00<br>$4,650.00 | $0.00 | $4,650.00 |
| | | | **Case Total:** | | **$0.00** | **$1,152,182.05** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-35151-JPC
Case Name: SCHREIBER, BRAD
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**  $ 38,177.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Universal Acceptance Corporation | 8,426.02 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 38,177.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 4,709.06 | 0.00 | 4,709.06 |
| Trustee, Expenses - ALEX D. MOGLIA | 24.95 | 0.00 | 24.95 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 7,207.50 | 0.00 | 7,207.50 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,703.50 | 0.00 | 1,703.50 |

Total to be paid for chapter 7 administration expenses: $ 13,645.01
Remaining balance: $ 24,532.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,532.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 24,532.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,133,887.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Bridgeview Bank Group | 438,918.35 | 0.00 | 9,496.29 |
| 2 | eCAST Settlement Corporation | 895.29 | 0.00 | 19.37 |
| 3 | Barbara J. Dutton | 459,241.55 | 0.00 | 9,936.00 |
| 5 | American Express Bank, FSB | 567.73 | 0.00 | 12.28 |
| 6 | American Express Bank, FSB | 2,884.51 | 0.00 | 62.41 |
| 7 | eCAST Settlement Corporation, assignee | 5,416.68 | 0.00 | 117.19 |
| 8 | eCAST Settlement Corporation, assignee | 8,067.14 | 0.00 | 174.54 |
| 9 | Portfolio Recovery Associates, LLC | 630.55 | 0.00 | 13.64 |
| 10 | BMO Harris Bank, N.A. | 217,265.24 | 0.00 | 4,700.68 |

| | Total to be paid for timely general unsecured claims: | $ | 24,532.40 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,650.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Anderson & Boback | 4,650.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**