# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SCHREIBER, BRAD | § Case No. 12-35151-JPC |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　219 S. Dearborn Street, Room 873
　　Chicago, IL  60604

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/22/2015 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/24/2015        By:  /s/ ALEX D. MOGLIA
                                                                                    Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SCHREIBER, BRAD | § | Case No. 12-35151-JPC |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 39,590.59 |
| *and approved disbursements of* | $ 1,413.18 |
| *leaving a balance on hand of* [1] | $ 38,177.41 |

**Balance on hand:** $ 38,177.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Universal Acceptance Corporation | 8,426.02 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 38,177.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 4,709.06 | 0.00 | 4,709.06 |
| Trustee, Expenses - ALEX D. MOGLIA | 24.95 | 0.00 | 24.95 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 7,207.50 | 0.00 | 7,207.50 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,703.50 | 0.00 | 1,703.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,645.01 |
| Remaining balance: | $ 24,532.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $   24,532.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $   24,532.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,133,887.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Bridgeview Bank Group | 438,918.35 | 0.00 | 9,496.29 |
| 2 | eCAST Settlement Corporation | 895.29 | 0.00 | 19.37 |
| 3 | Barbara J. Dutton | 459,241.55 | 0.00 | 9,936.00 |
| 5 | American Express Bank, FSB | 567.73 | 0.00 | 12.28 |
| 6 | American Express Bank, FSB | 2,884.51 | 0.00 | 62.41 |
| 7 | eCAST Settlement Corporation, assignee | 5,416.68 | 0.00 | 117.19 |
| 8 | eCAST Settlement Corporation, assignee | 8,067.14 | 0.00 | 174.54 |
| 9 | Portfolio Recovery Associates, LLC | 630.55 | 0.00 | 13.64 |
| 10 | BMO Harris Bank, N.A. | 217,265.24 | 0.00 | 4,700.68 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 24,532.40 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,650.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Anderson & Boback | 4,650.00 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 12-35151   Doc 86   Filed 11/25/15   Entered 11/27/15 23:35:49   Desc Imaged
                       Certificate of Notice   Page 6 of 7

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 12-35151-JPC
Brad Schreiber                                               Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez              Page 1 of 2                  Date Rcvd: Nov 25, 2015
                              Form ID: pdf006           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db             +Brad Schreiber,    P.O. Box 14734,    Chicago, IL 60614-8523
19481712       +AmTrust Bank,    Loan Service OH98-0803,    1111 Chester Avenue, Suite 200,
                 Cleveland, OH 44114-3516
19402186       +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
20842006        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20929117       +Anderson & Boback,    115 S. LaSalle Street, Suite 2600,    Chicago, IL 60603-3902
19402187       +Anne Redlich,    30 N. Michigan, #1820,    Chicago, IL 60602-3639
19481713       +BMO Harris Bank,    P.O. Box 5041,    Rolling Meadows, IL 60008-5041
20879941       +BMO Harris Bank, N.A.,    Colleen E. McManus Carlson Dash, LLC -,
                 216 S. Jefferson St., Suite 504,    Chicago, IL 60661-5698
19968796       +Barbara J. Dutton,    319 Adams,    Glencoe, IL 60022-1814
19528246      #+Bridgeview Bank Group,    c/o Adam B. Rome,    Greiman, Rome & Griesmeyer, LLC,
                 200 W Madison St, Ste 755,    Chicago, IL 60606-3552
19402189       +Capital One,    PO Box 5253,    Carol Stream, IL 60197-5253
19402190       +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
19402191       +Chicago City Day School,    541 W. Hawthorne Place,    Chicago, IL 60657-2922
19402192       +Deutsch, Levy & Engel,    225 W. Washington Street, #1700,    Chicago, IL 60606-3482
19402193       +HSBC/Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
19402194       +HSBC/GM Card,    PO Box 17298,    Baltimore, MD 21297-1298
19481714        National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
19481715       +Peoples Bank,    837 North Wisconsin Street,    Elkhorn, WI 53121-1138
19402195       +Private Bank and Trust,    120 S. LaSalle Street,    Chicago, IL 60603-3412
19402185      #+Susan Davies,    1903 Admiral Court,    Glenview, IL 60026-8057
19402197       +The Lock Up Storage Centers,    1930 N. Clybourn Avenue,    Chicago, IL 60614-4924
19402196       +Theisen & Roche,    2100 Manchester Road, Suite 201,    Wheaton, IL 60187-4583
20852580        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19402188       +E-mail/Text: kevin.ameriks@bridgeviewbank.com Nov 26 2015 01:23:11      Bridgeview Bank,
                 4753 N. Broadway Street,    Chicago, IL 60640-5266
19797781       +E-mail/Text: bnc@bass-associates.com Nov 26 2015 01:22:23
                 Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20877801        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2015 01:27:45
                 Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NATIONAL ASSOC,
                 (HSBC BANK NEVADA, N.A),    by PRA Receivables Management, LLC, agen,    POB 41067,
                 Norfolk VA 23541
20035036       +E-mail/Text: bankruptcy@carhop.com Nov 26 2015 01:24:27      Universal Acceptance Corporation,
                 PO Box 398104,    Edina, MN 55439-8104
21971375       +E-mail/Text: bnc@bass-associates.com Nov 26 2015 01:22:23      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Thomas E. Springer
aty             law firm of Springer Brown Covey Gaertner & Davis
20852579*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20852581*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dgomez            Page 2 of 2            Date Rcvd: Nov 25, 2015
                              Form ID: pdf006         Total Noticed: 28
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2015 at the address(es) listed below:
              Alex D Moglia, ESQ    amoglia@mogliaadvisors.com,  IL31@ecfcbis.com
              Autumn L. Sharp    on behalf of Creditor   BMO Harris Bank, N.A. f/k/a Harris N.A.
               asharp@carlsondash.com,   bmurzanski@carlsondash.com
              Colleen E McManus    on behalf of Creditor   BMO Harris Bank, N.A. f/k/a Harris N.A.
               cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              David P Leibowitz, ESQ    on behalf of Debtor Brad  Schreiber dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Jennifer  Rojas    on behalf of Creditor Barbara  Dutton rojas@dlec.com,  stein@dlec.com
              Joshua G Miller    on behalf of Creditor Susan  Davies jmiller@rhsflawfirm.com
              Justin R. Storer    on behalf of Debtor Brad  Schreiber jstorer@lakelaw.com
              Mark E Leipold    on behalf of Creditor Susan  Davies mleipold@gouldratner.com,
               srodriguez@gouldratner.com;lgray@gouldratner.com
              Meredith S Fox    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Creditor Susan  Davies tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 12
```