**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SCHREIBER, BRAD                              § Case No. 12-35151-JPC
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,043,400.00　*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $24,532.40 | Claims Discharged Without Payment: $1,114,004.64 |
| Total Expenses of Administration: $15,058.19 | |

3) Total gross receipts of $ 39,590.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,590.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,426.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,058.19 | 15,058.19 | 15,058.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,138,537.04 | 1,138,537.04 | 24,532.40 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,162,021.25 | $1,153,595.23 | $39,590.59 |

4) This case was originally filed under Chapter 7 on September 04, 2012. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2016          By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2227 N. Magnolia Avenue Chicago, IL 60614 | 1110-000 | 39,590.59 |
| **TOTAL GROSS RECEIPTS** | | **$39,590.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Universal Acceptance Corporation | 4110-000 | N/A | 8,426.02 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$8,426.02** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 4,709.06 | 4,709.06 | 4,709.06 |
| ALEX D. MOGLIA | 2200-000 | N/A | 24.95 | 24.95 | 24.95 |
| SPRINGER BROWN LLC | 3210-000 | N/A | 7,207.50 | 7,207.50 | 7,207.50 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,703.50 | 1,703.50 | 1,703.50 |
| Rabobank, N.A. | 2600-000 | N/A | 55.04 | 55.04 | 55.04 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 53.07 | 53.07 | 53.07 |
| Rabobank, N.A. | 2600-000 | N/A | 62.46 | 62.46 | 62.46 |
| Rabobank, N.A. | 2600-000 | N/A | 58.59 | 58.59 | 58.59 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 31.52 | 31.52 | 31.52 |
| Rabobank, N.A. | 2600-000 | N/A | 52.83 | 52.83 | 52.83 |
| Rabobank, N.A. | 2600-000 | N/A | 54.61 | 54.61 | 54.61 |
| Rabobank, N.A. | 2600-000 | N/A | 60.18 | 60.18 | 60.18 |
| Rabobank, N.A. | 2600-000 | N/A | 56.32 | 56.32 | 56.32 |
| Rabobank, N.A. | 2600-000 | N/A | 54.37 | 54.37 | 54.37 |
| Rabobank, N.A. | 2600-000 | N/A | 61.79 | 61.79 | 61.79 |
| Rabobank, N.A. | 2600-000 | N/A | 54.20 | 54.20 | 54.20 |
| Rabobank, N.A. | 2600-000 | N/A | 59.73 | 59.73 | 59.73 |
| Rabobank, N.A. | 2600-000 | N/A | 57.78 | 57.78 | 57.78 |
| Rabobank, N.A. | 2600-000 | N/A | 50.24 | 50.24 | 50.24 |
| Rabobank, N.A. | 2600-000 | N/A | 63.19 | 63.19 | 63.19 |
| Rabobank, N.A. | 2600-000 | N/A | 55.67 | 55.67 | 55.67 |
| Rabobank, N.A. | 2600-000 | N/A | 51.88 | 51.88 | 51.88 |
| Adams Levine Surety Bond Agency | 2300-000 | N/A | 23.81 | 23.81 | 23.81 |
| Rabobank, N.A. | 2600-000 | N/A | 59.21 | 59.21 | 59.21 |
| Rabobank, N.A. | 2600-000 | N/A | 55.42 | 55.42 | 55.42 |
| Rabobank, N.A. | 2600-000 | N/A | 53.47 | 53.47 | 53.47 |
| Rabobank, N.A. | 2600-000 | N/A | 58.92 | 58.92 | 58.92 |
| Rabobank, N.A. | 2600-000 | N/A | 56.99 | 56.99 | 56.99 |
| Rabobank, N.A. | 2600-000 | N/A | 53.23 | 53.23 | 53.23 |
| Rabobank, N.A. | 2600-000 | N/A | 58.66 | 58.66 | 58.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,058.19 | $15,058.19 | $15,058.19 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Bridgeview Bank Group | 7100-000 | N/A | 438,918.35 | 438,918.35 | 9,457.51 |
| 2 | eCAST Settlement Corporation | 7100-000 | N/A | 895.29 | 895.29 | 19.29 |
| 3 | Barbara J. Dutton | 7100-000 | N/A | 459,241.55 | 459,241.55 | 9,895.42 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 567.73 | 567.73 | 12.23 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 2,884.51 | 2,884.51 | 62.15 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 5,416.68 | 5,416.68 | 116.71 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 8,067.14 | 8,067.14 | 173.83 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 630.55 | 630.55 | 13.59 |
| 10 | BMO Harris Bank, N.A. | 7100-000 | N/A | 217,265.24 | 217,265.24 | 4,681.48 |
| 11 | Anderson & Boback | 7100-000 | N/A | 4,650.00 | 4,650.00 | 100.19 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,138,537.04 | $1,138,537.04 | $24,532.40 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/04/12 (f)  
**§341(a) Meeting Date:** 10/30/12  

**Period Ending:** 06/10/16  
**Claims Bar Date:** 08/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | - VOID (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | - VOID  Imported from Amended Doc#: 15  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 5215 Lauderdale D rive Elkhorn, WI 53121 | 684,000.00 | 0.00 | | 0.00 | FA |
| 6 | 5008-12 N . Lincoln Avenue Chicago, IL 60625 (va  Imported from Amended Doc#: 25 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2227 N . Magnolia Avenue Chicago, IL 60614  Imported from Amended Doc#: 25 | 700,000.00 | 114,290.00 | | 39,590.59 | FA |
| 8 | 2031 N . Damen Avenue Chicago, IL 60647 (commer  Imported from Amended Doc#: 25 | 150,000.00 | 0.00 | | 0.00 | FA |
| 9 | Personal checking account w/ Chase  Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Basic household goods, furniture, consumer video  Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11 | Books, DVDs, decor, family photos stamp, coin, r  Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 12 | Necessary wearing apparel  Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 13 | Interests in insurance policies. Name Term life  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Interest in 227 North Magnolia LLC  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Interest in 5008-5012 North Lincoln LLC  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | City View Real Estate Group Inc., EIN 36-4076524  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Chevrolet Avalance w/ 80k miles and accesso  Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 18 | 2006 SUPRA LAUNCH 22 SSV BOAT  (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/04/12 (f)  
**§341(a) Meeting Date:** 10/30/12  
**Claims Bar Date:** 08/20/13  

**Period Ending:** 06/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 18    Assets    **Totals** (Excluding unknown values) | $1,743,400.00 | $123,690.00 | | $39,590.59 | $0.00 |

RE PROP# 1    ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 2    ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 3    ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  
RE PROP# 4    ASSET INCORRECTLY ENTERED BY SOFTWARE DOWNLOAD.  

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2013      **Current Projected Date Of Final Report (TFR):**    January 13, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  
**Taxpayer ID #:** **-***4445  
**Period Ending:** 06/10/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/13 | {7} | Gould & Ratner LLP | SALE OF TRUSTEE'S INTEREST VIA SETTLEMENT AGREEMENT | 1110-000 | 39,590.59 | | 39,590.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.04 | 39,535.55 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.07 | 39,482.48 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.46 | 39,420.02 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.59 | 39,361.43 |
| 02/28/14 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 31.52 | 39,329.91 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.83 | 39,277.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.61 | 39,222.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.18 | 39,162.29 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.32 | 39,105.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.37 | 39,051.60 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.79 | 38,989.81 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.20 | 38,935.61 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.73 | 38,875.88 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.78 | 38,818.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.24 | 38,767.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.19 | 38,704.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.67 | 38,649.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.88 | 38,597.12 |
| 03/30/15 | 102 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 16, 2016 | 2300-000 | | 23.81 | 38,573.31 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.21 | 38,514.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.42 | 38,458.68 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.47 | 38,405.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.92 | 38,346.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.99 | 38,289.30 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.23 | 38,236.07 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.66 | 38,177.41 |
| 01/21/16 | 103 | SPRINGER BROWN LLC | Dividend paid 100.00% on $7,207.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 7,207.50 | 30,969.91 |
| 01/21/16 | 104 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,703.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,703.50 | 29,266.41 |
| 01/21/16 | 105 | Bridgeview Bank Group | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD       DIVIDEND | 7100-000 | | 9,457.51 | 19,808.90 |

Subtotals :  $39,590.59    $19,781.69

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  

**Taxpayer ID #:** **-***4445  
**Period Ending:** 06/10/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ON ALLOWED CLAIM # 1 -2 of  2.15% | | | | |
| 01/21/16 | 106 | eCAST Settlement Corporation | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 2 of  2.15% | 7100-000 | | 19.29 | 19,789.61 |
| 01/21/16 | 107 | Barbara J. Dutton | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 3 of  2.15% | 7100-000 | | 9,895.42 | 9,894.19 |
| 01/21/16 | 108 | American Express Bank, FSB | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 5 of  2.15% | 7100-000 | | 12.23 | 9,881.96 |
| 01/21/16 | 109 | American Express Bank, FSB | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 6 of  2.15% | 7100-000 | | 62.15 | 9,819.81 |
| 01/21/16 | 110 | eCAST Settlement Corporation, assignee | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 7 of  2.15% | 7100-000 | | 116.71 | 9,703.10 |
| 01/21/16 | 111 | eCAST Settlement Corporation, assignee | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 8 of  2.15% | 7100-000 | | 173.83 | 9,529.27 |
| 01/21/16 | 112 | Portfolio Recovery Associates, LLC | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 9 of  2.15% | 7100-000 | | 13.59 | 9,515.68 |
| 01/21/16 | 113 | BMO Harris Bank, N.A. | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 10 of  2.15% | 7100-000 | | 4,681.48 | 4,834.20 |
| 01/21/16 | 114 | Anderson & Boback | BANKRUPTCY CASE12-35151 ,SCHREIBER, BRAD  DIVIDEND ON ALLOWED CLAIM # 11 of  2.15% | 7100-000 | | 100.19 | 4,734.01 |
| 01/21/16 | 115 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,734.01 | 0.00 |
| | | | Dividend paid 100.00%    4,709.06 on $4,709.06;  Claim# ; Filed: $4,709.06 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    24.95 on $24.95;  Claim# ; Filed: $24.95 | 2200-000 | | | 0.00 |

Subtotals :         $0.00      $19,808.90

{} Asset reference(s)                                                                              Printed: 06/10/2016 11:33 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-35151-JPC  
**Case Name:** SCHREIBER, BRAD  
**Taxpayer ID #:** **-***4445  
**Period Ending:** 06/10/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 39,590.59 | 39,590.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **39,590.59** | **39,590.59** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,590.59** | **$39,590.59** | |

Net Receipts : 39,590.59  
───────────  
Net Estate : $39,590.59

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4766** | 39,590.59 | 39,590.59 | 0.00 |
| | **$39,590.59** | **$39,590.59** | **$0.00** |